UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RELIABLE CARRIERS, INC.

                         Plaintiff(s),                 Case No. 2:11-cv-15326

v.                                                                            Judge

EXCELLENCE AUTO CARRIERS, INC.,          Magistrate Judge

                       Defendant(s).
_____/

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court, <u>Eastern District of Michigan</u>, on the following ☐ Patents or ☑ Trademarks

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3367793 | 1/15/2008 | RELIABLE CARRIERS, INC. |
| 2 | 3387599 | 2/26/2008 | RELIABLE CARRIERS, INC. |
| 3 | 3771457 | 4/6/2010 | RELIABLE CARRIERS, INC. |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

To list additional patent/trademark numbers, please attach another page with the number, date and holder.

Date:  December 5, 2011                    /s/ Michael A. Sneyd
                                                                    P52073
                                                                    Kerr, Russell and Weber, PLLC
                                                                    Suite 2500
                                                                    Detroit, MI  48226
                                                                    (313)961-0200
                                                                    mas@krwlaw.com