UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIABLE CARRIERS, INC.,

        Plaintiff(s),

                                    Case No. 11-15326

vs.

                                    HON. GEORGE CARAM STEEH

EXCELLANCE AUTO CARRIERS, INC.,

        Defendant(s).

_____/

<u>ORDER OF DISMISSAL WITHOUT PREJUDICE</u>

        On July 16, 2012 the parties of  record advised the court that a settlement had

been reached and on December 14, 2012 the court was advised that all terms of the

agreement had not been finalized, therefore

        This case is hereby  DISMISSED WITHOUT PREJUDICE.  This case may be

reopened, if necessary, by motion of either party without the payment of additional fees

or costs.   Alternatively, the parties may submit an order of dismissal with prejudice

upon consummation of the settlement.

        SO ORDERED.

                         s/George Caram Steeh_____
                         GEORGE CARAM STEEH
                         UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on
December 17, 2012 by electronic and/or ordinary mail.

                         s/Marcia Beauchemin
                         Deputy Clerk