UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RELIABLE CARRIERS, INC.,

        Plaintiff(s),

vs.

Case No. 11-15326

HON. GEORGE CARAM STEEH

EXCELLANCE AUTO CARRIERS, INC.,

        Defendant(s).
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On July 16, 2012 the parties of record advised the court that a settlement had been reached and on December 14, 2012 the court was advised that all terms of the agreement had not been finalized, therefore

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: December 17, 2012

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on December 17, 2012 by electronic and/or ordinary mail.

        s/Marcia Beauchemin
        Deputy Clerk